

FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___AE___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRLEY HUIZAR,

    Defendant.

Case No. CR 17-0591-GW

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

I.

On March 28, 2019, Defendant made her initial appearance on the petition for revocation of supervised and warrant for arrest issued on November 18, 2018. Defendant was represented by Mark Kassabian, a member of the indigent defense panel who was previously appointed to represent Defendant.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition, defendant left a sober living facility and failed to report to the Probation Officer, Defendant's use of methamphetamine, lack of bail resources, and use of aliases;

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include use of amphetamines and Defendant is currently subject to three different terms of probation.

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 28, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2